UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SEMYON GRINBLAT,
                Plaintiff,

                                                                         JUDGMENT
                                                                       20-cv-5857 (BMC)

   -against-

MICHELL WOLF LLC, and 37TH &
4TH BROOKLYN, LLC,

                                       Defendants.
------------------------------------------------------------ X

       A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 9, 2021, dismissing Plaintiff's ADA claim as moot; declining to exercise supplemental jurisdiction over plaintiff's state and city law claims, and dismissing those claims without prejudice to reassert them in state court, *See* 28 U.S.C. § 1367; it is

       ORDERED and ADJUDGED that Plaintiff's ADA claim is dismissed as moot; and that the Court declines to exercise supplemental jurisdiction over plaintiff's state and city law claims, and those claims are dismissed without prejudice to reassert them in state court. See 28 U.S.C. § 1367.

Dated: Brooklyn, NY                                                       Douglas C. Palmer
        March 11, 2021                                               Clerk of Court

                                                          By:    /s/*Jalitza Poveda*
                                                                      Deputy Clerk